YOUR NAME BRUCE DERRICK CALHOUN
YOUR ADDRESS 500 WEST HOTEL, 500 WEST BROADWAY RM# 224 SAN DIEGO 92101
YOUR TELEPHONE NUMBER (619) 234-5252

FILED
2010 DEC -3 AM 11:43
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**
**(Must start on line 8 or below)**

BRUCE DERRICK CALHOUN DISABLE NAVY AND AIR FORCE VETERAN

-v-

SAN DIEGO COUNTY AND ALL IT'S CORRUPT PARTNERS, MICHAEL M. ANELLO, SAN DIEGO COUNTY PUBLIC LAW LIBRARY, WILLIAM Q. HAYES, IRMA E. GONZALES, ERIE PENNSYLVANIA CITY HALL, OCEANSIDE CITY HALL, DELL COMPUTER, PLANNED PARENTHOOD, DANA SABRAW, STAPLES, CHASE BANK, GREYHOUND, UCSD, USD, CITY COLLEGE, SAN DIEGO CHARGERS, SDSU AZTECS, SYMBOLIC MODEL CAR COMPANY, REMAX, NICK JONES, SHAWN HUGHS, CHRISTINE WRIGHT, AIR FORCE ACADEMY, HALL OF JUSTICE, GRAND JURY, 500 WEST HOTEL, SOCIAL SECURITY, SAN DIEGO SHERIFF DEPARTMENT, SAN DIEGO FIRE DEPARTMENT, FBI DOJ, NSA, CIA, JUSTICE DEPARTMENT, FBI SPECIAL AGENT ARTURO V. RAY, IMPERIAL BEACH CA, HOTEL DEL CORONADO, CORONADO CITY HALL, MTS, COASTER, OCEANSIDE CITY HALL, CARLSBAD POWER PLANT, DEL RACE TRACK AND CASINO, BLOCKBUSTER, WALMART, WARREN BUFFET, BILL GATES, GENERAL DYNAMICS, U.S. NAVY, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA, EDWARD J. SCHWARTZ FEDERAL, EDWARD J. SCHWARTZ U.S. COURTHOUSE, SAN DIEGO COURT HOUSE, CALIFORNIA STATE ATTORNEY, CITIZENS REVIEW BOARD ON POLICE PRACTICES, VICTIM COMPENSATION PROGRAM, BONNIE DUMANIS D.A., U.S. ARMY, U.S. AIR FORCE, U.S. MARINES, COAST GUARD, NATIONAL GUARD, U.S. ...

'10 CV 2489 LAB - BGS

Case No.______________
(To be assigned at time of filing)

COMPLAINT FOR (Brief description of document)

Plaintiff alleges:

THESE NAMED DEFENDENTS AND THEIR UNNAMED CORRUPT PARTNERS HAVE BEEN ATTEMPTING TO MURDER HIM SINCE NOVEMBER 2008 AFTER THEY MURDERED HIS ENTIRE DEPENDENT FAMILY AND ALL OF HIS FRIENDS SINCE CHRISTMAS 1990 TO PRESENT CHRISTMAS 2010. THEY ATTEMPTED TO MURDER ME TODAY AT THE 4th FLOOR CLERK, EDWARD J. SCHWARTZ FEDERAL BUILDING WITH ESCORTS AND OTHER FEDERAL EMPLOYEES ON AUDIO AND VIDEO SURVEILLANCE FRIDAY 3 DECEMBER 2010 @ ≈1000 HRS. I WILL SETTLE TODAY MURDERS, LIERS, RAPIST AND THIEVES FOR A BEACH HOUSE ...

DEATH ROW FEDERAL PENNITENTARY LETHAL INJECTION CAPITAL PUNISHMENT ON YOUR NUMEROUS CAPITAL OFFENSES INCLUDING HIGH TREASON

MERRY CHRISTMAS

3 DECEMBER 2010 FRIDAY 1152 HRS

:ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)



HAPPY THANKSGIVING

WHILE YOU RAPE CHILDREN IN YOUR BATHROOM!

*MERRY CHRISTMAS*

Bruce Derrick Calhoun
500 West Hotel
500 West Broadway
Room 224
San Diego, CA 92101

ATTEMPTED MURDER
ATTEMPTED RAPE ON VOYEUR CAM
AUDIO AND VIDEO 24 SURVEILLANCE

* MERRY CHRISTMAS *

CORRUPTION

MAYOR SANDERS

AND CITY

COUNSEL

VOWS TO

CLEAN-UP

SINCE

NOVEMBER 2008

VETERANS DAY!!

ELECTION TUESDAY

MERRY CHRISTMAS 2010

HAPPY VETERANS DAY

(1) 1.5 BILLION DOLLARS
(2) BEACH HOUSE AND BUGATTI
(3) CALHOUN FORTUNE

MERRY CHRISTMAS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CORRUPT

Bruce Derrick Calhoun, DISABLED NAVY AND AIR FORCE VETERAN

Plaintiff,

vs. AT VETERANS DAY

SAN DIEGO COUNTY AND ALL IT'S CORRUPT PARTNERS

County, San Diego, William Q. Hayes, Irma E. Gonzales, Erie Pennsylvania City Hall, Oceanside City Hall, Dana Sabraw, Stormes, Chase Bank, Grey Hound, UCSD, USD, City College, San Diego Chargers, SDSU Aztecs, U.S. Symbolic Motor Car Company, Remax, Air Force Academy, Hall of Justice Grand Jury, 500 West Hotel, Social Security, San Diego Sheriff Department, San Diego Fire Department, FBI, OSI, NSA, CIA, ETC.

Defendants.

CASE NO. 10cv2263 MMA (WVG)

**ORDER:**

**(1) GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*;**

[Doc. No. 2]

**(2) *SUA SPONTE* DISMISSING PLAINTIFF'S COMPLAINT AS FRIVOLOUS;**

**(3) DENYING PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL AS MOOT**

[Doc. No. 3]

///

///

///

///

///

HAPPY ... MERRY CHRISTMAS ATTEMPTED MURDER SINCE NOVEMBER 2008

**BACKGROUND**

On November 3, 2010, Plaintiff Bruce Derrick Calhoun, proceeding *pro se*, initiated this action by filing the Complaint. [Doc. No. 1.] Plaintiff also filed a Motion to Proceed *In Forma Pauperis* ("IFP") and a Request for Appointment of Counsel. [Doc. Nos. 2,3.]

**ANALYSIS**

**I. Motion to Proceed IFP** LYING, RAPING, MURDERING THIEVES

All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $350. *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed IFP under 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

In his affidavit supporting the motion to proceed IFP, Plaintiff states he is unemployed, receives $1074.00 per month in social security benefits, has a checking account with a balance of $5.00, and does not have any other significant assets such as a vehicle, real estate, stocks, bonds or securities. [Doc. No. 2.] The Court has reviewed Plaintiff's affidavit of assets and finds it is sufficient to show that Plaintiff is unable to pay the fees or post securities required to maintain this action. Accordingly, the Court grants Plaintiff's Motion to Proceed IFP under 28 U.S.C. § 1915(a).

YOU CASE CORRUPTION

**II. Initial Screening Pursuant to 28. U.S.C. § 1915(e)(2)(b)**

After granting IFP status, the Court must dismiss the case if it "fails to state a claim on which relief may be granted" or the action is "frivolous or malicious." 28 U.S.C. § 1915(e)(2)(B). "[W]hen determining whether a complaint states a claim, a court must accept as true all allegations of material fact and must construe those facts in the light most favorable to the plaintiff." *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir. 2000); *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir. 1998)(noting that § 1915(e)(2) "parallels the language of Federal Rule of Civil Procedure 12(b)(6)"). However, in giving liberal interpretation to a *pro se* complaint, the court may not "supply essential elements of claims that were not initially pled." *Ivey v. Board of Regents of the University of Alaska*, 673 F.2d 266, 268 (9th Cir. 1982).

A complaint is frivolous where "it lacks an arguable basis either in law or fact. [The] term 'frivolous,' when applied to the complaint, embraces not only the inarguable legal conclusion, but also the fanciful factual allegation." *Neitzke v. Williams,* 490 U.S. 319, 325 (1989); *see also Martin v. Sias,* 88 F.3d 774, 775 (9th Cir. 1996). The Court need not accept the factual allegations as true, but must "pierce the veil of the complaint" to determine whether the allegations are "fanciful." *Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992) (internal citation omitted).

The following is an example of Plaintiff's allegations:

> These lying, raping murdering thieves attempted to murder me yesterday election Tuesday at the 500 West Hotel, 500 West Broadway San Diego, CA 92101, in the kitchen, in the bathroom, in the hallway, at the vending machines and in my room 224 . . . . You attempted to murder me again with entrapment as I filled out the paperwork in the 4th floor clerk's lobby as you have since November 2008. I am suing for the 14th time for 1.4 billion dollars, a beach house and Bugatti and the rich Calhoun family fortune. I will settle today for one beach house and one Bugatti.

[Doc. No. 1.]

Here, Plaintiff's complaint consists largely of notes and rambling, often-incomprehensible allegations scribbled over seventeen pages of various documents, including a prior order from the Court that dismissed Plaintiff's complaint in a prior case. [Case No. 10-CV-2049 WQH (NLS).] The Court dismisses the entirety of Plaintiff's Complaint as "frivolous" for "fail[ing] to state a claim on which relief may be granted" pursuant to 28 U.S.C. § 1915(e)(2)(B).

## III. Appointment of Counsel

In light of the Court's *sua sponte* dismissal of this action, Plaintiff's request for counsel is denied as moot. [Doc. No. 3.]

## CONCLUSION

Good cause appearing, **IT IS HEREBY ORDERED** that:

(1) Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* is **GRANTED**.

(2) Plaintiff's Complaint is **DISMISSED** without prejudice as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B).

///

///

///

(3) Plaintiff's request for counsel is **DENIED** as moot.

**IT IS SO ORDERED.**

MERRY CHRISTMAS

DATED: November 8, 2010

Michael M. Anello

Hon. Michael M. Anello
United States District Judge

COURT

FALSE FRAUDULENT

FALSIFIED

FEDERAL

COURT

DOCUMENTS

DEATH ROW

LEAVENWORTH

LETHAL INJECTION

EXECUTION

KILLED RAT SENT TO HELL !!!



Haven Body Therapy
Wed
Nov 3, 2010
3:30 pm
$59.00
Massage with
Angel
ATTEMPTED
MURDER
① 1.5 BILLION DOLLARS
② BEACH HOUSE AND BUGATTI
③ CALHOUN FORTUNE



>>>>>>>>>>>>>>> REPRINT <<<

Welcome to

GRAND CENTRAL CAFE

Your server is Pamela, #4

| | |
|---|---|
| 1 COASTER BURGER | 8.50 |
| 1 ROOTBEER | 2.25 |
| 1 HOMEMADE PIE | 2.95 |
| 1 ADD SCP ICE CRM | 1.95 |
| 1 GRLD SOUR BURGER | 8.50 |
| 1 TURKEY BURGER | 8.50 |
| Sub-Ttl: | 32.65 |
| Tax: | 2.86 |
| Total: | 35.51 |

November 04, 2010 - 1:43pm
Check #143 Table 65

Have A Nice afternoon!
Thank You!

GUESTCHECK™

| Date | Table | Guests | Server | 854468 |
|---|---|---|---|---|
| | | | | |

APPT–SOUP/SAL–ENTREE–VEG/POT–DESSERT–BEV

Tax

Thank You Total

525 GUESTCHECK™ www.nationalchecking.com MADE IN THE USA

*Guest Receipt*

| Date | Amount | Guests | 854468 |
|---|---|---|---|
| | | | |





ATTEMPTED MURDER
SAN DIEGO RESCUE MISSION
Thanksgiving Meal
SATURDAY NOVEMBER 20, 2010
2PM - 5PM
120 ELM STREET, SD CA 92101

(1) 1.5 BILLION DOLLARS
(2) BEACH HOUSE AND BUGATTI
(3) CALHOUN FORTUNE

(1) $ 1.5 BILLION DOLLARS
(2) ~~BEACH HOUSE AND~~ BUGATTI

'10 CV1409 BEN NLS

(3) ~~CALHOUN FORTUNE~~

BEN - Benitez
ATTEMPTED MURDER
NLS - Stormes MERRY CHRISTMAS

500 WEST BROADWAY, RM224
SAN DIEGO, CA 92101
(619) 234-5252

CHASE
ATTEMPTED MURDER
MERRY CHRISTMAS

Florencio C. Vega
Personal Banker
Officer
First and Broadway Branch

Consumer Banking
CA2-4709
101 W. Broadway Suite 100
San Diego, CA 92101

Telephone: 619 615 0601
Facsimile: 619 615 0613
ServiceLine: 800 788 7000
florencio.c.vega@chase.com

(1) 1.5 BILLION DOLLARS
(2) BEACH HOUSE AND BUGATTI
(3) CALHOUN FORTUNE

Chase Bank USA, N.A.

Please Call Us

Department of Veterans Affairs

**SAN DIEGO VAMC**

Your health care provider has requested that you make an appointment with us.

**Please call us at 858-552-7475**
**ext. ______ to make an appointment.**

Clinic: **LJ PRIM CARE PANDEY**

Location: **Located on the 4th Floor North**
**Check-in desk located by elevator**
**on the 4th floor**

Write your new appointment in the space below.

Date: ______

Time: ______

(3) CHAPLAIN FONTANE

(1) 1,5 ELECTION - (2) BEACH HOUSE AND BIGHT -

**It is time to schedule your next appointment. Please call us** at your earliest convenience.

ATTEMPTED MURDER!

VETERANS DAY

NOVEMBER 11, 2010

THURSDAY

Have a question?

**Call (858) 552-8585**

We look forward to seeing you!

Continuing to provide our nation's veterans with Patient-Centered Care, VA San Diego is the recipient of two 2010 Spirit of Planetree Awards for Complimentary Therapies - Mantram Repetition Program, Healing Environments and Veterans Healing Garden

Printed on 11/8/10 S80300

ATTEMPTED MURDER

MERRY CHRISTMAS

Walmart

Save money. Live better.

WAFFLE BUFFET

MANAGER MIKE WOLF
( 619 ) 426 - 4000

ST# 2150 OP# 00004715 TE# 05 TR# 05428

| | | | | |
|---|---|---|---|---|
| LNG GRN RICE | 007874231067 | F | 1.84 | N |
| LNG GRN RICE | 007874231067 | F | 1.84 | N |
| LNG GRN RICE | 007874231067 | F | 1.84 | N |
| COOKIE | 007874210816 | F | 1.24 | N |
| GV MXD NUTS | 007874212399 | F | 4.18 | N |
| WARMING OIL | 004033848910 | | 2.00 | X |
| | SUBTOTAL | | 12.94 | |
| | TAX 1 8.750 % | | 0.18 | |
| | TOTAL | | 13.12 | |
| | CASH TEND | | 20.00 | |
| | CHANGE DUE | | 6.88 | |

(1) 1.5 BILLION DOLLARS

# ITEMS SOLD 6

(2) BEACH HOUSE AND BUGATTI

TC# 4214 1319 5700 0371 7351

(3) CALHOUN FORTUNE

Hundreds more Halloween costumes!
Kids' start at $7, Adults' start at $19

THANK YOU FOR SHOPPING WITH US
11/15/10 18:20:14

ATTEMPTED MURDER

00116526 10/01/10 Time: 12:23:56
Downtown YMCA
500 W. Broadway, Ste. B
San Diego, CA 92101

For: Bruce Calhoun ID#F06297

Opr./Reg.#/Paytype.:
CMCCLURE-(134)
CMCCLURE(Cash)

| | |
|---|---|
| 1 ( 2) Mbr Renewal (19 ADULT M) (19 ADULT M) | $38.50- |
| 2 ( 50) FA-19 ADULT | $19.25 |
| 41 ( 40) Payment Cash | $19.25 |
| | ======== |
| Transaction Balance >>>> | $0.00 |

ATTEMPTED MURDER (1) 1.5 BILLION DOLLARS

Bruce Calhoun

(2) BEACH HOUSE AND BUGATTI has an appointment with

**ZIAD A. TAMIMI, M.D.**
667 Palm Ave., Suite A — Imperial Beach, CA 91932
Telephone: (619) 575-8887

(3) CALHOUN FORTUNE

☐ MON. ☐ TUES. ☒ WED. ☐ THURS. ☐ FRI. ☐ SAT.

November 10 AT 4:00 A.M. / P.M. (P.M. circled)

WE RESERVE THE RIGHT TO CHARGE FOR APPOINTMENTS CANCELLED OR BROKEN WITHOUT 24 HOURS ADVANCE NOTICE.

SAN DIEGO CHARGERS
QUALCOMM STADIUM JACK MURPHY FIELD
EST. 1967
SCOREBOARD
PLAZA
CLUB
FIELD
LOGE
VIEW
REPLAY BOARD
WEST
SAN DIEGO CHARGERS
2009 TICKET PRICES
SEASON TICKET
SINGLE GAME
CLUB LEVEL — PRICES VARY, CONTACT A SALES REPRESENTATIVE
FIELD, PLAZA, LOGE, PRESS LEVEL (Rows 1-8 on Field Level are obstructed seats.) — $900 — $98
VIEW LEVEL — $730 — $79
ENDZONE VIEW — $630 — $74
UPPER VIEW — $480 — $54
FAMILY SECTION (VIEW 54-58) — $480 — $54
WHEELCHAIR AND COMPANION — $630, $480 — $74, $54
SEMI-AMBULANT SEATING AVAILABLE - ASK TICKET OFFICE FOR DETAILS
SCHEDULES AND PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE
For season tickets, please visit www.chargers.com or call 1-877-CHARGERS

SAM GOODY #2285
95 HORTON PLZ
SAN DIEGO, CA 92101-6144
619-233-0890

STORE:02285 REGISTER:002
CASHIER:Justen

| | | |
|---|---|---|
| HIROSHIMA | 070 | 7.99 |
| 000000000000755174692321 | | |
| | QTY 1 @7.99 | |
| GENERIC USED XMAS BUDGET | | 2.99 |
| 000000000000400154700328 | | |
| | QTY 1 @2.99 | |
| SUBTOTAL | | 10.98 |
| SALES TAX | | .96 |
| TOTAL | | 11.94 |
| AMOUNT TENDERED | | |
| Cash | | 12.00 |
| TOTAL PAYMENT | | 12.00 |
| Change | | |
| Cash | | .06 |
| TOTAL Change | | .06 |

SALES TAX ANALYSIS

| CODE | RATE% | TAXABLE | TAX |
|---|---|---|---|
| LOCAL | 8.75000 | 10.98 | .96 |

Trans:155547 10/1/2010 7:27 PM

Download Lil Wayne's album
"I Am Not A Human Being"
here today @ F.Y.E.!!

UNOPENED MERCHANDISE MAY BE RETURNED OR EXCHANGED WITHIN 30 DAYS OF PURCHASE WITH THE ORIGINAL RECEIPT. OPEN MERCHANDISE MAY BE EXCHANGED, FOR THE SAME ITEM, WITHIN 30 DAYS OF PURCHASE WITH THE ORIGINAL RECEIPT. ELECTRONICS AND GAME SYSTEMS SEE MFG WARRANTY AND/OR ADDITIONALLY PURCHASED 2 YEAR REPLACEMENT PLAN.

Visit us at www.fye.com

THANK YOU FOR SHOPPING AT SAM GOODY

The Check Cashing Place #24
894 Palm Ave Ste C
(619)424-3433

Thursday, October 07, 2010 4:06:52 PM

| | |
|---|---|
| HAC $100 Loan | 100.00 |
| Pay Out: | 100.00 |

We Do Not Dislcose Any Non-Public Personal Information to Anyone, Except as Permitted by Law.

Thank You for visiting us.
See you soon!

461 * 158788

BLOCKBUSTER - ATTEMPTED MURDER -
1) 1.5 BILLION DOLLARS 2) BEACH HOUSE AND BUGATTI
3) CAHOUN FORTUNE

Overdraft Protection Linked To
None

Debit Card Overdraft Co
No- Default; Discuss Y

ATM/Debit Cards
Chase Debit Card 4282087055645376

Get Declines

| Date | Location | Description | $ Amount | F |
|---|---|---|---|---|
| 11/05/2010 08:43 AM | Merchant | BLOCKBUSTER VIDEO #0654 | 32.61 | C |
| 11/06/2010 08:49 AM | Merchant | BLOCKBUSTER VIDEO #0654 | 32.61 | C |
| 11/09/2010 10:20 AM | Merchant | BLOCKBUSTER VIDEO #0654 | 32.61 | C |
| 11/11/2010 09:41 AM | Merchant | BLOCKBUSTER VIDEO #0654 | 32.61 | C |

(1) 1.5 BILLION (MATERIAL CHAPTER 13) AND BUGATTI
(2) BEACH HOUSE AND
(3) CALHOUN FORTUNE

**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

October 15, 2010 through November 12, 2010
Account Number: **000004214461454**

**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-788-7000** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00019648 DRE 703 143 31710 - NYNNY T 1 000000000 09 0000
BRUCE DERRICK CALHOUN
500 W BROADWAY RM 224
SAN DIEGO CA 92101-3506

## CHECKING SUMMARY

Chase Free Extra Checking

| | AMOUNT |
|---|---|
| **Beginning Balance** | **$19.99** |
| Deposits and Additions | 1,074.00 |
| Electronic Withdrawals | - 117.65 |
| Fees and Other Withdrawals | - 971.00 |
| **Ending Balance** | **$5.34** |

CHASE - BANK FRAUD AND ATTEMPTED MURDER.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| | **Beginning Balance** | | | **$19.99** |
| 10/15 | 10/15 Withdrawal | | - 15.00 | 4.99 |
| 11/03 | US Treasury 303 Soc Sec | PPD ID: 3031036030 | 1,074.00 | 1,078.99 |
| 11/03 | 11/03 Withdrawal | | - 956.00 | 122.99 |
| 11/03 | The Check Cashin Hac | PPD ID: 1953044861 | - 117.65 | 5.34 |
| | **Ending Balance** | | | **$5.34** |

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $33.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

| | | |
|---|---|---|
| **Total Refunds for Overdraft or Returned Item Fees Identified above:** | $.00 | $33.00 |



MERRY CHRISTMAS

ATTEMPTED MURDER $1.5 BILLION DOLLARS @ BEACH HOUSE AND BUGATTI

# GRAND JURY

County of San Diego
Hall of Justice
330 W. Broadway, Suite 477
San Diego, CA 92101-3830
(619) 515-8707 Fax (619) 515-8696
http://www.sdcounty.ca.gov/grandjury

**RICHARD J. CARLSON, Foreman**

**September 23, 2010**

DISABLED NAVY AND AIR FORCE VETERAN

@ CALHOUN FORTUNE

Mr. Bruce Derrick Calhoun
500 West Hotel
500 West Broadway, room 224
San Diego, Ca 92101

**Re: Grand Jury File # 2010/2011-053**

Dear Mr. Calhoun:

Your correspondence hand-carried to the 2010/2011 San Diego County Grand Jury dated today has been received. The Grand Jury's review of this matter does not mean that the Grand Jury will conduct a full investigation into your complaint.

Please note that the San Diego County Grand Jury has no jurisdiction or authority to investigate Federal agencies, State agencies, or the San Diego Superior Court. Only local governments within San Diego County are subject to Grand Jury review.

Sincerely,

[signature]

RICHARD J. CARLSON, Foreman
2010/2011 SAN DIEGO COUNTY GRAND JURY

LYING, RAPING MURDERING THIEVES!

RJC//ccm

MERRY CHRISTMAS

# CITY OF OCEANSIDE

**RISK MANAGEMENT DIVISION**

YOU ARE GUILTY OF ATTEMPTED MURDER - YOU WILL BE EXECUTED WITH LETHAL INJECTION

September 02, 2010 Via Certified & US Mail

Bruce Calhoun
500 West Broadway, Room 224
San Diego, CA 92101

LYING - RAPING - MURDERING THIEVES!!!

Re: Claim for Damages against the City of Oceanside
GC2010000318

Notice is hereby given that the claim you presented to the City on August 30, 2010 was rejected by operation of law on September 2, 2010.

**WARNING**

**Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. (See Government Code Section 945.6)**

**This warning applies to claims subject to the provisions of Division 3.6 of Title 1 of the California Government Code Commencing with Section 810).**

**You may seek the advice of any attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.**

This office reminds you that neither adverse attorneys nor their representatives should directly contact City departments or employees about potential or ongoing cases. The "no direct contact" rule extends to ordinary employees or a corporate party. (See California Rules of Professional Conduct 7-102; *Mills Land & Water Co. v. Golden West Refining Co.* (1986) 186 Cal.App.3d 116, 230 Cal.Rptr.461). All contact should be to this office or to the City Attorney's Office.

Sincerely,

1.3 BILLION DOLLARS! I WILL SETTLE FOR BEACH HOUSE AND BUGATTI

Risk Managment
Property/Liability Program Manager

MERRY CHRISTMAS

ATTEMPTED MURDER?

# 500 West Hotel

GRANT BY (1) BEACH HOUSE AND BUGATTI (2) 1.5 BILLION DOLLARS (3) CALHOUN FORTUNE

FRIDAY

08/27/10

1424 HRS

Room # 224

Dear Hotel Guest,

This letter is to give you notice that our hotel staff, the building engineer and the head of housekeeper shall be entering your room on Tuesday Sep. 07, 2010 to treat for pest control and clean. It is imperative that no later than 08:30 am the morning of Sep. 07, the room be prepared for treatment. This shall include the removal of all trash and debris from the floor, and clearing the floors around the walls for spraying.

After treatment has occurred, the room needs to be unoccupied for two hours. Our housekeeping staff will enter the room after two hours to dust and vacuum. It is essential that the room remain clean and sanitary in accordance with California Civil Code 1941.2.

Thank you,

Tom Cartwright
General Manager

3 DECEMBER 2010 FRIDAY



MERRY CHRISTMAS
ATTEMPTED MURDER
BOYS & GIRLS CLUBS
OF SOUTH COUNTY

Feed the Kids & Families
ATTEMPT MURDER

# Join us for a Thanksgiving Feast!!

**Wednesday, November 24, 2010**
**Dinner will be served from 3:00-5:30 p.m.**
**at the**
**Boys & Girls Clubs of South County- Imperial Beach Unit**
**Webb Gymnasium**
**847 Encina Avenue**
**Imperial Beach, CA 91932**

1) 1.5 BILLION DOLLARS
2) BEACH HOUSE AND BUGATTI
3) CALHOUN FORTUNE

**Turkey, mashed potatoes & gravy, stuffing, corn, dinner rolls and dessert will be served!!**
**Beverages also included.**

*For further information contact:*
*Aaron Ruiz*
*PH:(619) 424-2266 Ext. 224*

**All seniors Please R.S.V.P. by November 19, 2010**

THE CITY OF SAN DIEGO · STATE OF CALIFORNIA · SEMPER VIGILANS

THE CITY OF SAN DIEGO

September 10, 2010

Bruce Derrick Calhoun
500 West Broadway Room 224
San Diego CA 92101

Dear Mr. Calhoun:

Your complaint was received by our office on September 6, 2010. It will be forwarded to the San Diego Police Department's Internal Affairs Unit for investigation. If your complaint is determined to be a Category I complaint (Force, Arrest, Criminal Conduct, Discrimination or Slurs), it will be investigated by Internal Affairs and will also be reviewed by the Citizens' Review Board on Police Practices. If your complaint is determined to be a Category II complaint (Procedure, Service, Courtesy or Conduct), it will be reviewed by the supervisor of the officer(s) involved.

Enclosed is the Review Board's brochure to provide you with information on the citizen complaint process. Feel free to contact me at (619) 236-6296 if you have any questions.

Sincerely,

Danell Scarborough

Danell Scarborough
Executive Director

DS/ds

DIVERSITY
BRINGS US ALL TOGETHER

MEDICAL BILLS    AD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

① 1.5 BILLION DOLLARS    ③ CACHOUN    FORTUNE
② BEACH HOUSE AND    BACATE

**COPY**

**CITIZEN COMPLAINT FORM**

ATTEMPTED MURDER

San Diego County of San Diego
CIVIL GRAND JURY
Hall of Justice
330 West Broadway, Suite 477
San Diego, CA 92101-3830
619-515-8707 Telephone  619-515-8696 FAX

**Please Review Complaint
Guidelines on Reverse Side**

Date: 21 SEPTEMBER 2010

**PLEASE PRINT**

NAVY AT
AIR FORCE
VETERAN

1. **Who:** (Your Name) Bruce Derrick (Cachoun - Disabled)
Address: 500 West Hotel, 500 West Broadway Rm 224
City, State, Zip Code: San Diego, CA 92101
Telephone: 619 234-5252

2. **What:** Subject of Complaint: Briefly state the nature of complaint and the
action of what San Diego County department, section agency or official(s) that
you believe was illegal or improper. Use additional sheets if necessary.
ATTEMPTED MURDER OF MR (BRUCE DERRICK CACHOUN -
DISABLE NAVY AND AIR FORCE VETERAN BY SAN DIEGO
POLICE SHERIFF CHULA VISTA POLICE CORONADO POLICE
OCEANSIDE POLICE, HARBOR POLICE, FBI, JUSTICE DEPARTMENT

DEL MAR
POLICE
DEPARTMENT,
ARMY COUNTY
NEBRASKA
SHERIFF
DEPARTMENT,

3. **When:** Date(s) of incident: NOVEMBER 2006 - SEPTEMBER 2010  CIA, OSI
NSA, DEA
ATF, INS,

4. **Where:** Names and addresses of other departments, agencies or officials
involved in this complaint. Include dates/types of contact, i.e. phone, letter,
personal. Use additional sheets if necessary.
HALL OF JUSTICE, SAN DIEGO COUNTY COURT HOUSE
EDWARD J. SCHWARTZ FEDERAL BUILDING AND
UNITED STATES COURTHOUSE SAN DIEGO CITY HALL, SAN
DIEGO POLICE DEPARTMENT, CENTRAL JAIL, BAILEY DETENTION

BEACH PATROL
LIFE GUARD,
HOTEL SECURITY
U.S. MARSHAL
COURT SECURITY

5. **Why/How:** Attach pertinent documents and correspondence with dates, CENTER
THEY REFUSE TO SEIZE (2) FEDERAL SUITS FOR 2 YEARS.
SIGNATURE: _____

CHASE BANK
BANK OF AMERICA

-IRMA E. GONZALES
CHIEF JUDGE

CITI BANK

It is a crime to report to the Grand Jury that a crime has been committed knowing the report to be
false. Penal Code §148.5(d).    SHERIFF GORE, DANA SABRAW, JEFFERY T.
-MAYOR SANDERS

I WILL
SETTLE
TODAY
FOR A
BEACH
HOUSE AND

MILLER, LEONLA S. PORTER, LARRY ALLEN BURNS, ADLER
BENITEZ, WHELAN, GALLO, BATTAGLIA, BARBRA LYNN MAJOR,
JUDGE BARRY VIDEO COURT SAN DIEGO COUNTY COURT HOUSE !!!

NATIONAL BANK
V.A. MEDICAL
RAIDERS
CHARGERS
PADRES





EASTER SUNDAY
DURING EARTHQUAKE
CORONADO POLICE
DEPARTMENT TRIED
TO MURDER
ME.

HOTEL DEL CORONADO
SUNDECK GRILL
CORONADO, CA

203018 SUN DECK

AND

CHK 6483 SEP04'10 3:45GST 1

| | | |
|---|---|---|
| 1 | DOUBLE BURGER | 15.50 |
| 1 | SODA | 4.25 |
| | Subtotal | 19.75 |
| | Tax | 1.73 |
| | AMOUNT PAID | 21.48 |
| | 9501/F & B Cash, 95 | |
| | Cash | 100.00 |
| | CHANGE DUE | 78.52 |

(1) 1.5 BILLION DOLLARS (2) BEACH HOUSE AND BUGATTI DOLLARS (3) CAHOUN FORTUNE PATENT MURDER.

MERRY CHRISTMAS

4. What particular ACT or OMISSION do you claim caused the damage or injury? Give names of City employee(s) causing the damage or injury, if known. EASTER SUNDAY 2010 ATTEMPTED MURDER BY CORRUPT, DRUNKEN GAY CORONADO POLICE OFFICERS. THEY CONSTANTLY VERBAL ASSULT ME AND TOURIST AND CITIZENS. K-9 ATTEMPTS TO MURDER ME WITH THEIR DOGS

5. What DAMAGE or INJURY do you claim resulted? Give full extent of damage or injury claimed. RESPITORY PROBLEMS, LUNG CANCERS, EMPHASEMA, CHRONIC BRONCITES, POISONING BUY STINKING BIOLOGICAL CHEMICAL AND NUCLEAR AGENTS WHILE THE STINKING DRUNKS TRY TO MURDER ME WITH A FIST FIGHT EVERY DAY IN CORONADO - CORONADO POLICE DEPARTMENT

What is the total amount of money you are seeking to recover? (Check one of the boxes below.)

- [ ] The total amount claimed totals less than $10,000.
- [ ] The total amount claimed is more than $10,000, but not over $25,000; jurisdiction rests in Superior Court (Limited Civil).
- [x] The total amount claimed is more than $25,000; jurisdiction rests in Superior Court (Unlimited Civil).

6. What AMOUNT do you claim on account of each item of damage or injury as of date of presentation of this claim? Give basis of the computation. 1.2 BILLION DOLLAR FEDERAL SUIT AT THE EDWARD J. SCHWARTZ FEDERAL BUILDING, 880 FRONT AND BROADWAY SAN DIEGO, CA 92101 - I WILL SETTLE FOR A BEACH HOUSE AND BUGATTI SPORTS CAR.

7. Give the ESTIMATED AMOUNT you claim on account of each item of prospective (future) damage or injury as far as you know. Give basis of the computation. 1.2 BILLION DOLLARS, BEACH HOUSE AND BUGATTI SPORTS CAR AND THE CAHOUN FAMILY FORTUNE. I AM THE SOLE HEIR - I WILL SETTLE FOR A BEACH HOUSE AND BUGATTI SPORTS CAR.

8. Give amounts of insurance payments you have received, if any. Give name of insurance company. NONE (0) ZERO

9. List expenditures made on account of damage or injury. Give date, item, and amount. Attach copies of receipts, invoices, estimates. SOCIAL SECURITY CHECK - THE CITY OF CORONADO STEALS MY ENTIRE CHECK OF $1,024.00 EVERY MONTH WITH THE CITY OF SAN DIEGO, OCEANSIDE, IMPERIAL BEACH, ESCONDIDO, CHULA VISTA, SANTEE, ETC.

10. Give names and addresses of witnesses, doctors and hospitals. VAMC SAN DIEGO IN LAJOLLA, DR. PANDEY PALOMAR MEDICAL CENTER, ALVARADO HOSPITAL, SCRIPPS HOSPITAL, SHARP HOSPITAL, UCSD MEDICAL CENTER DR. ETCHIE

***I declare under penalty of perjury that I have read the foregoing claim and the documents attached hereto, and that the same are true and correct to the best of my knowledge.***

| Name of Claimant or Agent | | | | |
|---|---|---|---|---|
| Bruce Derrick Calhoun - Disabled Navy and Air Force Veteran | | | | |
| Address of Above | | City | State | Zip |
| 500 West Broadway #224 | | San Diego | CA | 92101 |
| Telephone Number of Above | Fax Number of Above | | Cellular or Pager Number of Above | |
| (619) 234-5252 | N/A | | N/A | |
| Signature of Claimant or Agent | | | Date | |
| [signature] | | | 10 September 2010 | |

WHILE YOU RAPE CHILDREN IN YOUR REST ROOM
ATTEMPTED MURDER VETERANS DAY NOVEMBER 11, 2010 AT VETERANS DAY PARADE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900
OFFICIAL BUSINESS
ELECTRONIC SERVICE REQUESTED
FIRST CLASS
neopost
US POSTAGE
CALIFORNIA
STATE
ATTORNEY
-ATTEMPTED RAPE RM 224
-VICTIMS COMPENSATION PROGRAM
MERRY CHRISTMAS
THURSDAY
SAN DIEGO
BROADWAY
DOLLARS
-D.A. BONNIE DUMANIS
-ARMY
-NAVY
MARINES
AIR FORCE
-COAST GUARD
ENTRAPMENT WHILE YOU RAPED THE CHILDREN!
FBI. JUSTICE DEPARTMENT
IATES31 92101

- ***Who is on the Board?***

The Board is comprised of twenty-three (23) members who represent a diverse cross-section of San Diego's Citizens. Board members are appointed by the Mayor to serve one year for a maximum of eight years. The Mayor also appoints a high ranking civilian employee as Executive Director to the Board.

Up to twenty-three (23) members can be appointed each year as prospective members. These prospective members attend Board meetings and receive training but cannot vote on cases. They may be appointed to the voting Board as vacancies occur. If you are interested in applying for Board appointment, please contact the Citizens' Review Board.

- ***When does the Board meet?***

The Board meets in closed session every 2nd and 4th Tuesday to review cases. These discussions involve confidential personnel issues and are closed to the public. The Board meets in open/public session on the 4th Tuesday of each month at 6:30 p.m. The public is welcome to attend these meetings and to share their views about the complaint process. However, the Board does not discuss specific complaints in these open/public sessions.

- ***Can a person get into trouble for filing a complaint?***

Not if you have been truthful. We would not, and could not, take action against a person who has acted in good faith.

- ***Other Remedies***

Filing a citizen complaint for internal review is a City of San Diego administrative remedy. To file a claim for damages with the City, call Risk Management, Liabilities/Claims information at (619) 236-6670. You may also report abuse by law enforcement officer to the following offices:

| | |
|---|---|
| **Grand Jury (County)** | (619) 515-8707 |
| **District Attorney (County)** | (619) 531-4040 |
| **Attorney General (State)** | (619) 645-2001 |
| **U.S. Attorney General (Federal)** | (619) 557-5610 |

- ***Commendations***

If you would like to commend the Department or a specific officer you may make commendations:

- In person at any Police Department facility
- By Telephone: (619) 531-2000
- North City: (858) 484-3154
- By Mail: San Diego Police Department, 1401 Broadway, MS 700, San Diego, CA 92101
- By E-Mail : SDPDWebmaster@pd.sandiego.gov

**Citizens' Review Board**
on *Police Practices*
City Administration Building
202 "C" Street, MS 9A
San Diego, CA 92101
(619) 236-6296
www.sandiego.gov/citizensreviewboard

DIVERSITY
*Bringing Us All Together*
*The City of San Diego*

This information is available in alternative formats upon request.
Printed on Recycled Paper

THE CITY OF SAN DIEGO

# Citizens Review Board on *Police Practices*

Updated: January 2010

*This brochure has been prepared to inform you of the policies and procedures of the City of San Diego Citizens' Review Board on Police Practices. It is intended to give you a better understanding of your rights and to assist you in working with the Board*

- ***What is the Citizens' Review Board on Police Practices?***

The Board reviews and evaluates serious complaints brought by the public against the Police Department of the City of San Diego; reviews all officer-involved shootings and in-custody deaths; and reviews and evaluates the administration of discipline a rising from sustained complaints. Subsequent to the review and evaluation process the Board may choose to make policy and procedure recommendations to the Mayor and Chief of Police.

- ***What is the purpose of the Board?***

The purpose of the Board is to empower an independent citizens group to assure the public that complaints against San Diego Police Officers are investigated thoroughly, completely and fairly; and to recommend and advocate for policies which promote fair and humane policing and insure the safety of both citizens and police officers.

- ***Who may file a complaint?***

Any person dissatisfied with police services or has witnessed or been a victim of police misconduct may file a complaint.

The complaint process is intended as an avenue for citizens to file legitimate complaints. It is not the intent of the City of San Diego that the complaint process be used to lodge false or harassing complaints against officers who are engaged in legitimate actions while on duty.

- ***How, where, and when may a complaint be filed?***

In person, by phone, by mail or by email.

E-mail Address:

citizensreviewboard@sandiego.gov

- ***Where and When***

1. At any Police Department facility or by calling Police Communications at (619) 531-2000, 24hours per day or (858) 531-2000, 24 hours per day
2. At the Citizens' Review Board on Police Practices located at:

**City Administrative Building**

202 "C" Street, MS 9A

San Diego, CA 92101

Telephone: (619) 236-6296

Complaints may be filed at the Citizens' Review Board office during normal business hours (Monday-Friday from 9: 00 a.m.- 4:00 p.m.).

3. Websites:

www.sandiego.gov/police

www.sandiego.gov/citizensreviewboard

- ***What happens to the complaint after it is filed with the Citizens' Review Board?***

1. Complaints are forwarded to the San Diego Police Department where it is reviewed by the Commanding Officer of Internal Affairs.

The complainant will then be mailed a form letter with a copy of the citizen's complaint form for review and approval. Once approval is received, the complaint is categorized and assigned for investigation

2. Category I Complaints (force, arrest, discrimination, criminal conduct and slurs) are investigated by Internal Affairs.
3. The assigned investigator will contact the complainant to schedule a formal interview. An uninvolved support person may accompany the complainant to the interview. The investigate tor will then gather as much information as possible through Police Department records, Interviews of civilian witnesses, police officers involved and any other sources available. Before a final determination is made by the investigator, the case is thoroughly reviewed by the investigators' supervisor and the Internal Affairs Unit.
4. At the completion of the Internal Affairs investigation, Category Complaints are assigned to a three person panel of the Review Board for a thorough review and evaluation of the facts of the case. Finally, the full Citizens' Review Board receives the case for discussion and makes a recommendation to the Mayor and Chief of Police regarding the alleged misconduct.
5. The complainant is then notified, by separate letters, of the Internal Affairs and Review Board findings. The Police Department strives to complete most cases in 90 to 120 days and the Review Board strives to complete its process within an additional 45-60 days.

**The Check Cashing Place, Inc.**
P.O. Box 12606, San Diego, CA 92112

**Hold-A-Check®**
Customer Service: 1-800-479-6677

## Deferred Deposit Transaction Arbitration Agreement

In this Arbitration Agreement, The Check Cashing Place, Inc., and any and all of its affiliates, servicers, agents, assignees, and successors in interest are collectively referred to as "Lender," "we," and "us," and all of Lender's customers who sign this Arbitration Agreement are referred to as "you."

1. ***Dispute Resolution by Arbitration:*** Any and all claims, controversies, or disputes arising out of or related in any way to any Deferred Deposit Transaction Agreement and Disclosure Statement entered into by you and us on or after the date of this Arbitration Agreement shall be subject to binding arbitration pursuant to the under the Federal Arbitration Act. This Arbitration Agreement is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act (the "FAA"), 9 U.S.C. Sections 1-6. This Arbitration Agreement applies to, without limitation, (1) all issues concerning the transaction in connection with which this Arbitration Agreement has been executed; (2) initial claims, counterclaims, cross-claims, and third-party claims, whether arising in law or equity, and whether based upon federal, state, or local law; contract; tort; fraud or other intentional tort; constitution, common law, or statute; (3) any issue as to whether any such claims, controversies, or disputes are subject to arbitration; and (4) any claims, controversies, or disputes that would otherwise be subject to class actions. This means that all claims, controversies or disputes that are the subject of class actions will also be subject to binding arbitration under the FAA and this Arbitration Agreement. **THE ARBITRATOR SHALL NOT CONDUCT CLASS ARBITRATION; THAT IS, THE ARBITRATOR SHALL NOT ALLOW YOU OR US TO SERVE AS A PRIVATE ATTORNEY GENERAL, AS A REPRESENTATIVE, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN THE ARBITRATION.** This Arbitration Agreement shall remain in effect between you and us until you and we execute a subsequent arbitration agreement.

2. ***Consent to Arbitration:*** You and we understand and agree that you and we are choosing arbitration rather than litigation to resolve disputes. You and we understand that you and we have the right to litigate disputes but that you and we prefer to do so through arbitration. In arbitration, you may choose to have a hearing and be represented by counsel.

**THEREFORE, YOU UNDERSTAND THAT BY ENTERING INTO THIS ARBITRATION AGREEMENT, YOU VOLUNTARILY AND KNOWINGLY:**

**(a) WAIVE ANY RIGHTS TO HAVE A TRIAL BY JURY TO RESOLVE ANY CLAIM OR DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES;**

**(b) WAIVE YOUR RIGHT TO HAVE A COURT, OTHER THAN A SMALL CLAIMS COURT, RESOLVE ANY CLAIM OR DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; AND**

**(c) WAIVE YOUR RIGHT TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT FILED AGAISNT US AND/OR RELATED THIRD PARTIES.**

**SEE ADDITIONAL TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS PAGE**

## Deferred Deposit Transaction Arbitration Agreement

***3. Procedure for Arbitration:*** Any claimant under this Arbitration Agreement must first submit to the other party a written notice of the claimant's claim against or dispute with the other party. That notice must include an explanation of the claim and a statement of the claimant's request for resolution. The party receiving the claim or dispute shall then be entitled to a period of thirty (30) days to cure that claim or dispute. If the parties are unable to resolve the claim or dispute within this 30-day period, then the claim or dispute shall be resolved by arbitration. Arbitration may be heard, at the claimant's election, by the American Arbitration Association, the National Arbitration Forum, or any other arbitration forum as both parties may agree, and shall be conducted under the rules of the arbitration forum selected. The arbitrator shall apply applicable substantive law consistent with the FAA and applicable statutes of limitation, and shall honor all claims of privilege recognized by law. The Arbitration shall take place in the federal district of your residence. Each party, you and we, shall bear our own costs and expenses, including attorneys' fees, that we incur with respect to the arbitration. However, if circumstances relating to the dispute (including, among other things, the size and nature of the dispute, the nature of the services that we have provided you, and your ability to pay) it would be unfair or burdensome for you to pay the arbitration filing fees, we will advance the initial filing, administration, and hearing fees required by the arbitrator, who will ultimately decide who will be responsible for paying those amounts.

***4. Interpretation of this Arbitration Agreement:*** Any dispute as to the validity of the portion of this Arbitration Agreement that prohibits class arbitration shall be a matter for resolution by a court and not by the arbitrator. In the event that the court deems the portion of this agreement that prohibits class arbitration to be unenforceable, then the ensuing class action shall be heard by the court and not by the arbitrator.

***5. Statutes of Limitations:*** All statutes of limitations that are applicable to any claim or dispute shall apply to any arbitration between you and us.

***6. Attorneys' Fees:*** The arbitrator may, but is not required to, award reasonable attorneys' fees to the prevailing party if allowed by statute or applicable law.

***7. Enforcement of Award:*** The award of the arbitrator shall be binding and final after fifteen (15) days have passed, and judgment upon the arbitrator's award may thereafter be entered in any court having jurisdiction.

***8. Appeal Procedure:*** Within fifteen (15) days after an award by the arbitrator, any party may appeal the award by requesting in writing a new arbitration before a panel of three neutral arbitrators designated by the same arbitration service. The decision of the panel of three neutral arbitrators will be immediately binding and final.

***9. Small Claims Court:*** Notwithstanding any other provision of this Arbitration Agreement, either you or we shall retain the right to seek adjudication in Small Claims Court of any matter within its jurisdiction. Any matter not within the Small Claims Court's jurisdiction shall be resolved by arbitration as provided above. Any appeal from a Small Claims Court judgment shall be conducted, at the appellant's option, either (a) in accordance with the provisions of Sections 116.710-116.795 of the California Code of Civil Procedure, or (b) in accordance with Section 8 of this Arbitration Agreement.

***10. Counterparts:*** This Arbitration Agreement may be executed in counterparts, each of which shall be deemed to be an original but all of which together shall be deemed to be one instrument.

***11. Language of Arbitration Proceedings:*** You may choose to have the arbitration conducted in the English or the Spanish language. If you elect to have the arbitration conducted in Spanish, you agree to utilize an arbitration forum that agrees to provide forms in Spanish and (an) arbitrator(s) who can conduct the arbitration proceedings in Spanish. You understand that this election may limit your choice of arbitration fora.

***12. Superceding Arbitration Agreement:*** You and we agree that this Arbitration Agreement shall remain in full force and effect unless and until it is superceded by a subsequent arbitration agreement executed by you and us.

**SEE ADDITIONAL TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS PAGE**

ATTEMPTED MURDER (1) IS BIGGER DREAMS (2) BEACH HOUSE AND BUGATTI (3) CALHOUN FORTUNE

MERRY CHRISTMAS

The Check Cashing Place, Inc.
894 Palm Ave Suite C, Imperial Beach, CA 91932

Hold-A-Check® Agreement # **731140**
Customer Service: 1-800-479-6677

## Deferred Deposit Transaction Agreement and Disclosure Statement

**Name:** BRUCE D CALHOUN

**Address:** 500 W BROADWAY RM 224
SAN DIEGO CA 92101

**Deferred Deposit Date:** 11/03/10 (Wed)

**Social Security #** XXX-XX-0801

**Home Phone:** 619/234-5252

**Work Phone:** On File

The Check Cashing Place, Inc. is referred to throughout this Agreement and Disclosure as "we" and "us."

**Disclosures under Federal Reserve Regulation Z**

| ***ANNUAL PERCENTAGE RATE*** | ***FINANCE CHARGE*** | ***AMOUNT FINANCED*** | ***TOTAL OF PAYMENTS*** |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you. | The amount you will have paid after making all scheduled payments. |
| 238.60 % | $ 17.65 | $ 100.00 | $ 117.65 |

Payment Schedule: One payment of $ 117.65 is due on the Payment Due Date of 11/03/10

Prepayment: If you pay off early, you will not be entitled to a refund of any part of the finance charge

No Security Interest: No security interest is given or taken in connection with this transaction.

See the terms below and on the reverse side for additional information about nonpayment and default.

Itemization of Amount Financed of: $ 100.00 Amount paid directly to you: $ 100.00

**Disclosures under the California Deferred Deposit Transaction Law**

Information about the charges for your deferred deposit transaction is set forth above. A fee of $15 may be charged if the Check you give to us is returned for any reason or if an electronic Transfer is rejected. You cannot be criminally prosecuted or threatened with criminal prosecution for purposes of collecting a deferred deposit obligation. We may not accept any collateral in connection with a deferred deposit transaction. This is a deferred deposit transaction made pursuant to Financial Code Section 23035. This transaction is not subject to the provisions of Civil Code Section 1719, and you cannot be required to pay treble damages if your Check does not clear. The Department of Corporations toll-free number for receiving calls concerning customer complaints and concerns is 1-866-ASK-CORP (1-866-275-2677).

**If you want to pay off this deferred deposit in cash, payment must be received no later than:**

2:00pm Tuesday November 2, 2010

By signing below, you acknowledge that 1) you have read and received a copy of this Agreement and Disclosure; 2) you agree to the terms on the front and back of this Agreement, and to the Arbitration Agreement you have executed together with this transaction or previously; 3) there are no other oral or written agreements or promises between you and us; 4) the due date of this Agreement may be extended up to 31 days from the date of this agreement at no additional charge if agreed to by both parties and the request is received prior to the cash pay off time shown above; 5) Federal law provides important protections to active duty members of the Armed Forces and their dependents. To ensure that these protections are provided to eligible applicants, we require you to sign one of the following statements as applicable:

| I AM a regular or reserve member of the Army, Navy, Marine Corps, Air Force, or Coast Guard, serving on active duty under a call or order that does not specify a period of 30 days or fewer. | I AM a dependent of a member of the Armed Forces on active duty as described above, because I am the member's spouse, the member's child under the age of eighteen years old, or I am an individual for whom the member provided more than one-half of my financial support for 180 days immediately preceding today's date. | I AM NOT a regular or reserve member of the Army, Navy, Marine Corps, Air Force, or Coast Guard, serving on active duty under a call or order that does not specify a period of 30 days or fewer (or a dependent of such a member). |
|---|---|---|
| Signature: | Signature: | **Signature:** ______ |

Warning: It is important to fill out this form accurately. Knowingly making a false statement on a credit application is a crime.

10/07/10

2. ***No Collateral:*** Lender is not allowed to accept any collateral in connection with a deferred deposit transaction. Therefore, This Agreement is not secured by any collateral except other than any security interest in the Check that may arise by operation of law.

3. ***Representations and Warranties:*** You represent and warrant to us that (a) all of the information you provided to us in your Application and on this Disclosure is true and correct; (b) an Account is open in your name at the Financial Institution shown on the reverse side provided to us when you signed this Agreement; (c) you are not contemplating filing for bankruptcy within the next four (4) months, and have not consulted with an attorney or any other person concerning bankruptcy within the past two (2) months; (c) you do not currently have an outstanding deferred deposit transaction with us; (4) you have the legal capacity to enter into this Agreement; (e) no person has acted as an agent for this transaction.

4. ***Collection:*** You understand and agree that if, for any reason, your Financial Institution returns your Check or electronic debit unpaid, we may pursue all available legal and equitable remedies against you to collect the amount you owe us. In the event your Check or electronic debit is returned unpaid for any reason, you agree (a) that we may represent your deferred deposit in paper form or electronically and (b) to pay a returned charge of $15 which may be added to the total amount represented. This authorization will remain in force until we receive written notice of its termination and have had a reasonable opportunity to act on this authorization. You cannot be criminally prosecuted or threatened with criminal prosecution for purposes of collecting your deferred deposit obligation under this Agreement.

5. ***Notices; Credit Reporting:*** You agree that we may make inquiries concerning your credit history and standing, and may report information concerning your performance under this Agreement to credit reporting agencies. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

6. ***Governing Law; Severability:*** This Agreement is governed by the laws of the State of California. If any provision of this Agreement is held to be unenforceable, the remainder of this Agreement shall remain in full force and effect.

7. ***Arbitration Agreement:*** You agree that any disputes arising under this agreement shall be governed by the Deferred Deposit Transaction Arbitration Agreement (the "Arbitration Agreement") that you have entered into with us, either in connection with this Agreement or in connection with a previous Deferred Deposit transaction. If you have previously entered into an Arbitration Agreement with us, you acknowledge receipt of a new copy of the form of that Arbitration Agreement.

## PRIVACY POLICY DISCLOSURE

We recognize that your financial information is personal. We only use and share information about you to effect your deferred deposit transaction, and for related purposes, or as permitted or required by law. We are careful to use only accurate, current, and complete information. We will correct any erroneous information quickly if you so request. We are also careful to protect the security of your information from third parties and unauthorized employees. This privacy policy is subject to change. Please contact us at 1-800-479-6677 if you have any financial privacy concerns.

**SEE IMPORTANT INFORMATION ON THE REVERSE SIDE OF THIS PAGE**

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** BRUCE DERRICK CALHOUN DISABLED NAVY AND AIR FORCE VETERAN

**DEFENDANTS**

'10 CV 2489 LAB-BGS

(b) County of Residence of First Listed Plaintiff SAN DIEGO COUNTY
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant SAN DIEGO COUNTY
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

FILED 2010 DEC -3 AM 11:51
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

(c) Attorney's (Firm Name, Address, and Telephone Number) BRUCE DERRICK CALHOUN 500 WEST HOTEL ROOM #224 500 WEST BROADWAY SAN DIEGO, CA 92101

Attorneys (If Known) CORRUPT ORGANIZATION RACKETEER INFLUENCED

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**: ☐ 110 Insurance; ☐ 120 Marine; ☐ 130 Miller Act; ☐ 140 Negotiable Instrument; ☐ 150 Recovery of Overpayment & Enforcement of Judgment; ☐ 151 Medicare Act; ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans); ☐ 153 Recovery of Overpayment of Veteran's Benefits; ☐ 160 Stockholders' Suits; ☐ 190 Other Contract; ☐ 195 Contract Product Liability; ☐ 196 Franchise

**REAL PROPERTY**: ☐ 210 Land Condemnation; ☐ 220 Foreclosure; ☐ 230 Rent Lease & Ejectment; ☐ 240 Torts to Land; ☐ 245 Tort Product Liability; ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**: ☐ 310 Airplane; ☐ 315 Airplane Product Liability; ☐ 320 Assault, Libel & Slander; ☐ 330 Federal Employers' Liability; ☐ 340 Marine; ☐ 345 Marine Product Liability; ☐ 350 Motor Vehicle; ☐ 355 Motor Vehicle Product Liability; ☐ 360 Other Personal Injury

**PERSONAL INJURY**: ☐ 362 Personal Injury - Med. Malpractice; ☐ 365 Personal Injury - Product Liability; ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**: ☐ 370 Other Fraud; ☐ 371 Truth in Lending; ☐ 380 Other Personal Property Damage; ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**: ☐ 441 Voting; ☐ 442 Employment; ☐ 443 Housing/ Accommodations; ☐ 444 Welfare; ☐ 445 Amer. w/Disabilities - Employment; ☐ 446 Amer. w/Disabilities - Other; ☐ 440 Other Civil Rights

**PRISONER PETITIONS**: ☐ 510 Motions to Vacate Sentence; Habeas Corpus: ☐ 530 General; ☐ 535 Death Penalty; ☐ 540 Mandamus & Other; ☐ 550 Civil Rights; ☐ 555 Prison Condition

**FORFEITURE/PENALTY**: ☐ 610 Agriculture; ☐ 620 Other Food & Drug; ☐ 625 Drug Related Seizure of Property 21 USC 881; ☐ 630 Liquor Laws; ☐ 640 R.R. & Truck; ☐ 650 Airline Regs.; ☐ 660 Occupational Safety/Health; ☐ 690 Other

**LABOR**: ☐ 710 Fair Labor Standards Act; ☐ 720 Labor/Mgmt. Relations; ☐ 730 Labor/Mgmt.Reporting & Disclosure Act; ☐ 740 Railway Labor Act; ☐ 790 Other Labor Litigation; ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**: ☐ 422 Appeal 28 USC 158; ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**: ☐ 820 Copyrights; ☐ 830 Patent; ☐ 840 Trademark

**SOCIAL SECURITY**: ☐ 861 HIA (1395ff); ☐ 862 Black Lung (923); ☐ 863 DIWC/DIWW (405(g)); ☐ 864 SSID Title XVI; ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**: ☐ 870 Taxes (U.S. Plaintiff or Defendant); ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**: ☐ 400 State Reapportionment; ☐ 410 Antitrust; ☐ 430 Banks and Banking; ☐ 450 Commerce; ☐ 460 Deportation; ☒ 470 Racketeer Influenced and Corrupt Organizations; ☐ 480 Consumer Credit; ☐ 490 Cable/Sat TV; ☐ 810 Selective Service; ☐ 850 Securities/Commodities/ Exchange; ☐ 875 Customer Challenge 12 USC 3410; ☒ 890 Other Statutory Actions YES; ☐ 891 Agricultural Acts; ☐ 892 Economic Stabilization Act; ☐ 893 Environmental Matters; ☐ 894 Energy Allocation Act; ☐ 895 Freedom of Information Act; ☐ 900Appeal of Fee Determination Under Equal Access to Justice; ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding; ☐ 2 Removed from State Court; ☐ 3 Remanded from Appellate Court; ☐ 4 Reinstated or Reopened (YES YES); ☐ 5 Transferred from another district (specify); ☐ 6 Multidistrict Litigation; ☐ 7 Appeal to District Judge from Magistrate Judgment

YES

**VI. CAUSE OF ACTION** 28:1331

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS 470 EDWARD J. SCHWARTZ

Brief description of cause: ATTEMPT MURDER OF MR. BRUCE DERRICK CALHOUN - 4TH FLOOR CLERK'S LOBBY

**VII. REQUESTED IN COMPLAINT:** ☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 1.5 BILLION DOLLARS FOR EVERYONE IN SAN DIEGO COUNTY — DEMAND $ 1.5 BILLION DOLLARS — CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): CALLO, BURNS, MILLER, BATTAGLIA, BENITEZ, MAJOR, GONZALES, PORTER, HAYES, STORMES, ADLER, WHE... JUDGE MICHAEL M. ANELLO DOCKET NUMBER 3:10-cv-02263-MMA-WVG

DATE 3 DECEMBER 2010, FRIDAY @ 11:10 HRS — SIGNATURE OF ATTORNEY OF RECORD: REPRESENTING SELF — BRUCE DERRICK CALHOUN

FOR OFFICE USE ONLY

RECEIPT # ____ AMOUNT ① GRANTED 1.5 BILLION DOLLARS ② BEACH HOUSE AND BUGATTI ③ CALHOUN FORTUNE — APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

FAKE - FRAUDULENT FALSIFIED FEDERAL COURT COURT DOCUMENTS

IFP Pending